UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 07-433-KSF

MICHELLE B. BRISCOE,                                                                              PLAINTIFF

v.                                              **OPINION & ORDER**

PRICE-COOMER RELOCATION, INC. and
ALLIED VAN LINES, INC.                                                                         DEFENDANT

\* \* \* \* \* \* \* \* \* \* \*

  Currently before the Court is the motion of the defendants, Price-Coomer Relocation, Inc. and Allied Van Lines, Inc., pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, to alter or amend the Court's Opinion & Order of April 17, 2008. [DE # 16] Specifically, the defendants contend that the Court erred in determining that the Court lacked subject matter jurisdiction over this matter. The plaintiff, Michelle B. Briscoe, has filed her response to the defendants' motion, and this matter is now ripe for review.

  The Court's Opinion & Order of April 17, 2008, remanding this matter to state court, was based on the determination that the plaintiff's state law claims were pre-empted by the Carmack Amendment, 49 U.S.C. § 14706, the exclusive remedy for breach of an interstate shipping contract. However, as the defendants point out in their motion to alter or amend, the plaintiff's complaint also includes a claim for refund of tariff charges in the amount of $2,078.00. Such claims are exclusively governed by 49 U.S.C. §§ 13704, 13706, 13707, 13710, 14704, and 14705, irrespective of the amount in controversy. *See Thurston Motor Lines, Inc. v. Jordan K. Rand, Ltd.*, 460 U.S. 533, 533 (1983). Thus, this court has subject matter jurisdiction over the claim for refund of tariff charges as

alleged in plaintiff's complaint. To the extent that plaintiff's complaint includes state law claims which have been preempted by the Carmack Amendment, the plaintiff will be allowed additional time to amend her complaint to assert appropriate claims which the Court may choose to exercise jurisdiction over pursuant to 28 U.S.C. § 1367.

Accordingly, the Court, being fully and sufficiently advised, hereby **ORDERS** as follows:

(1) the defendants' motion to alter or amend [DE # 16] is **GRANTED**;

(2) this Court's Opinion & Order of April 17, 2008 remanding this matter to state court [DE #15] is **VACATED**, and this matter is **REINSTATED** on the Court's active docket;

(3) **WITHIN 15 DAYS OF ENTRY OF THIS OPINION & ORDER**, the plaintiff shall **FILE** her amended complaint;

(4) a certified copy of this Opinion & Order shall be mailed to the Clerk of the Fayette Circuit Court by the Clerk of this Court.

This July 2, 2008.



Signed By:

*Karl S. Forester*  KSF

**United States Senior Judge**